UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



JUAN ABANTO
   Plaintiff

Case No.: 11-cv-24543-LENARD/O'SULLIVAN

HAYT, HAYT & LANDAU P.L.
ROBERT J.OROVITZ, Individually
   Defendants

### PLAINTIFFS' MOTION TO COMPEL, DEFENDANT ROBERT J. OROVITZ TO ACCEPT SERVICE OF SUMMON AND FIRST AMENDED COMPLAINT

Plaintiffs move for an order compelling Defendant ROBERT J.OROVITZ to respond to the First Amended Complaint or to accept service in his office at HAYT, HAYT & LANDAU P.L. 7765 SW 87 AVE Suite 101 MIAMI FL 33173 no later than 4/19/2012 or whenever this honorable court consider appropriate.

I. BACKGROUND

1. On March 6, 2012, The Sheriff of Miami Dade County went to HAYT, HAYT & LANDAU P.L. 7765 SW 87 AVE Suite 101 MIAMI FL 33173 to service Summon and Complaint on Defendants. HAYT, HAYT & LANDAU P.L was served but according to the office Manager EILLEN HARRIGAN Defendant ROBERT J.OROVITZ did not work in that office anymore.

2. According to SUNBIZ.ORG Defendant ROBERT J.OROVITZ is the president, owner and registered agent for HAYT, HAYT & LANDAU P.L

3. On or about March 29, 2012 Plaintiff had to hire a new company OJF SERVICES INC. to find Defendant ROBERT J.OROVITZ home address, incurring in extra expenses.

4. OJF SERVICESINC. Found Defendant's ROBERT J.OROVITZ address but could not perform service due to the continuous refusal from Defendant to accept service of Summon and Complaint.

5. OJF SERVICES finally had to come back to HAYT, HAYT & LANDAU P.L. 7765 SW 87 AVE Suite 101 MIAMI FL 33173 to leave Summon and Complaint at such office at the front desk.

6. Defendant ROBERT J.OROVITZ is listed as Counsel of record for HAYT, HAYT & LANDAU P.L. with address listed as 7765 SW 87 AVE Suite 101 MIAMI FL 33173, and for this reason he should be consider himself served.

7. Defendant ROBERT J. OROVITZ files state complaints under his business name and address, HAYT, HAYT & LANDAU P.L., 7765 SW 87 AVE, Suite 101, MIAMI, FL 33173.

## II. REQUESTED RELEIF

The Plaintiff requests that Defendant ROBERT J.OROVITZ be compelled to respond to First Amended Complaint as he was already served, or accepted service at his place of business, since he already responded for defendant HAYT, HAYT & LANDAU P.L with a Motion to Dismiss.

The Plaintiff also requests sanctions for Defendant ROBERT J.OROVITZ for his unprofessional behavior as an officer of the court.

Dated: April 18, 2012

Respectfully submitted,

Juan Abanto
4250 SW 67 AVE #22
MIAMI FL 33155
Phone #:305-510-3564
Email:nahat_25_12_82@hotmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be filed with the Clerk of Court and served properly this 18th day of April 2012 to the parties listed below.

HAYT, HAYT &LANDAU P.L

Robert J. Orovitz

Attorney Bar #501379

7765 SW 87 AVE Suite 101

MIAMI FL 33173

bob@haytfla.com or robert.orovitz&gmail.com