UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-24543-CIV-LENARD/O'SULLIVAN

JUAN ABANTO,

    Plaintiff,

v.

HAYT, HAYT & LANDAU, P.L.,
ROBERT J. OROVITZ, P.A. and
ROBERT J. OROVITZ,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the plaintiff's Motion to Compel Robert J. Orovitz to Accept Service of Summons and First Amended Complaint (DE# 16, 4/18/12). Having reviewed the filings and applicable law and the Acceptance of Service for Robert J. Orovitz (DE # 22, 5/14/12) having been filed, it is

ORDERED AND ADJUDGED that the plaintiff's Motion to Compel Robert J. Orovitz to Accept Service of Summons and First Amended Complaint (DE# 16, 4/18/12) is DENIED as moot. The defendants shall file a responsive pleading to the Second Amended Complaint (DE # 23, 5/18/12) within the time period permitted for responsive pleadings under the Federal Rules of Civil Procedure.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **18th** day of May, 2012.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All Counsel of Record