UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-24543-CIV-O'SULLIVAN

[CONSENT CASE]

JUAN ABANTO,

    Plaintiff,

v.

HAYT, HAYT & LANDAU, P.L.,
et al.,

    Defendants.
_____/

### ORDER STRIKING PLAINTIFF'S REQUESTS FOR ATTORNEY'S FEES

THIS MATTER is before the Court on the Defendants' Motion to Strike Plaintiff's Request for Attorneys' Fees in Plaintiff's Second Amended Complaint and Plaintiff's Proposed Third Amended Complaint (DE# 45, 8/17/12). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Defendants' Motion to Strike Plaintiff's Request for Attorneys' Fees in Plaintiff's Second Amended Complaint and Plaintiff's Proposed Third Amended Complaint (DE# 45, 8/17/12) is **GRANTED**. It is further

ORDERED AND ADJUDGED that the plaintiff's requests for attorneys' fees are hereby STRICKEN. Should the plaintiff have counsel represent him in this matter he will be allowed to amend his complaint.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **13th** day of September, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record

Copies mailed by Chambers to:
Juan Abanto
4250 SW 67 Avenue #22
Miami, FL 33155